·THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
GEORGE S. FOSTER, Appellant.

*People* v. *Foster*, 127 App. Div. 945, affirmed.
·(Argued March 2, 1910; decided March 22, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 11, 1908, which affirmed a judgment of the Niagara County Court rendered upon a verdict convicting the defendant of a violation of the Liquor Tax Law.

*D. E. Brong* for appellant.

*Fred M. Ackerson* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Not voting: WILLARD BARTLETT, J. Absent: CHASE, J.

---

JENNIE F. STEELE, as Executrix of R. FRANK STEELE, Deceased, Appellant, *v.* S. H. GATES et al., Respondents, Impleaded with Another.

*Steele* v. *Gates*, 128 App. Div. 884, affirmed.
(Argued March 2, 1910; decided March 22, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 16, 1908, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action for the reformation of a promissory note.

*Floyd L. Carlisle* for appellant.

*Henry Purcell* and *W. W. Kelly* for respondents.

Judgment affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absen CHASE, J.